| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

Delaware _____ District of Delaware _____
                                (State)

Case number (if known): _____    Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.  Debtor's name**

Vector Launch Inc.

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Vector Space Systems
Vector
GalacticSky

**3.  Debtor's federal Employer Identification Number (EIN)**

8 1  -  1 7 8 4 1 4 7

**4.  Debtor's address**

**Principal place of business**

350    S Toole Avenue
Number    Street

Tucson              AZ      85701
City                 State    ZIP Code

Pima
County

**Mailing address, if different from principal place of business**

Number    Street

PO BOX 14928
P.O. Box

Long Beach          CA      90853
City                 State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                 State    ZIP Code

**5.  Debtor's website** (URL)

https://vector-launch.com

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Vector Launch Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

__3__ __3__ __6__ __4__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
        MM / DD / YYYY

        District _____ When _____ Case number _____
        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor Garvey Spacecraft Corporation     Relationship Subsidiary

        District Delaware     When 12 / 13 / 2019
                                    MM / DD / YYYY

        Case number, if known _____

| Debtor | Vector Launch Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor    Vector Launch Inc.
_____
          Name                                                    Case number (if known) _____

**16. Estimated liabilities**

☐ $0-$50,000                    ◼ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000              ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million           ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

  ◼ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

  ◼ I have been authorized to file this petition on behalf of the debtor.

  ◼ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12 / 13 / 2019
               MM  / DD / YYYY

✖ /s/ Shaun Martin                              Shaun Martin
_____             _____
Signature of authorized representative of debtor  Printed name

Title  Chief Restructuring Officer
       _____

**18. Signature of attorney**

✖ /s/ E.E. Allinson III                    Date    12 / 13 / 2019
_____                MM  / DD / YYYY
Signature of attorney for debtor

Elihu E. Allinson, III
_____
Printed name
Sullivan Hazeltine Allinson LLC
_____
Firm name
901        North Market Street, Suite 1300
_____
Number     Street
Wilmington                                  DE          19801
_____        _____
City                                        State       ZIP Code

302-428-8191                                zallinson@sha-llc.com
_____         _____
Contact phone                               Email address

3476                                        DE
_____         _____
Bar number                                  State

---

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## VECTOR LAUNCH INC.

The Board of Directors (the "**Board**") of Vector Launch Inc. ("**Vector**" or the "**Company**"), a Delaware corporation, has adopted the following resolutions (the "**Resolutions**") at a special meeting of the Board held on November 25, 2019.

WHEREAS, the Board has reviewed information regarding: (i) the Company's assets, liabilities, and liquidity; (ii) the strategic alternatives available to the Company, and (iii) the potential impacts of the foregoing on the Company's business.

WHEREAS, the Board has received, reviewed, and evaluated the financing and restructuring alternatives available to the Company, including, (i) an equity or debt (including debtor-in-possession) financing; (ii) a reorganization; (iii) a sale of certain assets of the Company; and (iv) seeking relief under chapter 7 or chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and the filing of a voluntary petition pursuant to one of those chapters; and (v) any other strategic alternatives available to the Company (collectively, the "**Options**").

WHEREAS, the Board has the power and authority to approve any of the Options or any other strategic alternative available to the Company.

WHEREAS, the Board has reviewed—and approved the Company entering into—that certain Bridge Loan and Security Agreement (together with all exhibits thereto, the "**Agreement**"), dated as of November 20, 2019 by an among (a) Vector, (b) Garvey Spacecraft Corporation ("**Garvey**"), and (c) Lockheed Martin Corporation ("**Lockheed**").

WHEREAS, the Agreement (i) provided for a $500,000 secured loan for the Company from Lockheed; (ii) contemplates the Company and Garvey filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code; and (iii) provides for a sale of the Company's Galactic Sky-related assets to Lockheed pursuant to Bankruptcy Code section 363, subject to higher and better offers and post-petition debtor-in-possession financing in an aggregate principal amount of not more than $2.5 million (the "**DIP Facility**").

WHEREAS, the Board has determined that (i) a sale of the Company's Galactic Sky-related assets to Lockheed pursuant to Bankruptcy Code section 363, subject to higher or better offers, as set forth in the Agreement, (ii) entry into the DIP Facility, (iii) a sale or sales of the Company's non-Galactic Sky-related assets pursuant to an auction or other process designed to maximize value, and (iv) the Company's filing of a voluntary chapter 11 petition is in the best interests of the Company, its creditors, and other interested parties.

NOW, THEREFORE, BE IT RESOLVED, that Shaun Martin, the Company's duly appointed Chief Restructuring Officer (the "**CRO**"), is authorized and empowered to execute, verify and file on the Company's behalf a petition under chapter 11 of the Bankruptcy Code, and all other petitions, motions, pleadings, applications, exhibits, schedules, lists, and other papers, instruments, or documents contemplated under the Agreement or otherwise, and take and perform any and all further actions and steps that the CRO deems necessary, desirable, and proper to obtain

such relief under the provisions of the Bankruptcy Code, and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware, at such time as the CRO shall determine, consistent with the Company's obligations under the Agreement; and it is

FURTHER RESOLVED, that the previous retention by the Company of the law firm of Pillsbury Winthrop Shaw Pittman LLP (**"Pillsbury"**) as bankruptcy counsel to represent and assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, to assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions necessary to advance the Company's rights in connection therewith, is approved and ratified, and the CRO is authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain Pillsbury; and it is

FURTHER RESOLVED, that the CRO is authorized and empowered to employ on the Company's behalf other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are authorized and directed to execute appropriate retention agreements and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by the CRO, the Company's acting chief executive officer, or the Board in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing Resolutions are hereby ratified, confirmed, and approved in all respects.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of the Company, hereby execute these Resolutions as of November 25, 2019.

BOARD:

_____

James Palmer, Chair

_____

John Garvey, Member

_____

Shaun Coleman, Member

_____

Avi Lindenbaum, Member

3

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of the Company, hereby execute these Resolutions as of November 25, 2019.

BOARD:

_____

James Palmer, Chair

*John Garvey*

_____

John Garvey, Member

_____

Shaun Coleman, Member

_____

Avi Lindenbaum, Member

3

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of the Company, hereby execute these Resolutions as of November 25, 2019.

BOARD:

_____

James Palmer, Chair


_____

John Garvey, Member


_____

Shaun Coleman, Member


_____

Avi Lindenbaum, Member

3

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of the Company, hereby execute these Resolutions as of November 25, 2019.

BOARD:

_____
James Palmer, Chair


_____
John Garvey, Member


_____
Shaun Coleman, Member


*Avi Lindenbaum*
_____
Avi Lindenbaum, Member

3

Fill in this information to identify the case:

Debtor Name:   Vector Launch Inc.

United States Bankruptcy Court for the:    District of Delaware

Case Number (If known):    19-

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | VALCOR AEROSPACE ATTN: LARRY WISMER 2 LAWRENCE ROAD SPRINGFIELD, NJ 07081 | CONTACT: LARRY WISMER PHONE: 951-500-3795 FAX: 973-467-8382 LARRYWISMER@VALCOR.COM ; NICOLE.CHANDLER@VALCOR.COM | TRADE | | | | $1,066,268.76 |
| 2 | BBRIDGE CAPITAL I, LP PMB 29, BOX 10001 SAIPAN  96950 MP | CONTACT: PRESIDENT OR GENERAL COUNSEL PHONE: 670-322-2222 INFO@BCCNMI.COM | CONVERTIBLE NOTE HOLDER | | | | $450,000.00 |
| 3 | EXPANDING TFO I, LP 600 CALIFORNIA STREET, 11TH FLOOR SAN FRANCISCO, CA  94109 | CONTACT: LEONARDO SALGADO PHONE: 415 606-9209 INFO@XCAP.VC | CONVERTIBLE NOTE HOLDER | | | | $300,000.00 |
| 4 | CIMARRON COMPOSITES ATTN: TOM DELAY 4912 MOORES MILL ROAD HUNTSVILLE, AL  35811 | CONTACT: TOM DELAY PHONE: 256-851-5077 FAX: 256-705-1487 INFO@CIMARRONCOMPOSITES.COM | TRADE | | | | $298,472.26 |
| 5 | M4 ENGINEERING INC MYLES BAKER, MICHELLE DARLINGTO 4020 LONG BEACH BLVD LONG BEACH, CA  90807 | CONTACT: MYLES BAKER, MICHELLE DARLINGTON PHONE: 562-981-7792 X221 MYLES.BAKER@M4-ENGINEERING.COM; MDARLINGTON@M4-ENGINEERING.COM | TRADE | | | | $249,830.00 |
| 6 | BROADMONT ASSOCIATES 6160 EAST BROADWAY BLVD TUCSON, AZ  85711 | CONTACT: ROBERT DRAPER PHONE: 520-747-8000 BUCKORILY@PRODIGY.NET | LITIGATION | C,U,D | | | $175,000.00 |

**Debtor:** Vector Launch Inc.

**Case Number** (if known): 19-

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | RINCON ETAL INVESTMENTS 6160 EAST BROADWAY BLVD C/O ROBERT DRAPER TUCSON, AZ 85711 | CONTACT: ROBERT DRAPER PHONE: 520-747-8000 ROBD@ORIELLY.COM; ROBERT.DRAPER@ORIELLY.COM | LITIGATION | C,U,D | | | $175,000.00 |
| 8 | GREGORY LOBODA 17712 STANFIELD CIRCLE HUNTINGTON BEACH, CA 92649 | CONTACT: GREGORY LOBODA PHONE: 413-265-3305 GREGLOBODA@GWIZ.TECH | WAGE AND SEVERANCE | | | | $165,061.53 |
| 9 | AAE AEROSPACE ATTN: MONICA GONZALEZ 5382 ARGOSY AVENUE HUNTINGTON BEACH, CA 92649 | CONTACT: MONICA GONZALEZ PHONE: 714-898-9951 MONICAGONZALEZ@AAEAEROSPACE. COM | TRADE | | | | $158,799.56 |
| 10 | ROBERT CLEAVE 1047 SAN CARLOS AVENUE HALF MOON BAY, CA 94019 | CONTACT: ROBERT CLEAVE PHONE: 650-728-7842 ROBERT@CLEAVE.NET | SEVERANCE | | | | $140,000.00 |
| 11 | JOHN METZGER 1365 HARRIET AVENUE CAMPBELL, CA 95008 | CONTACT: JOHN METZGER PHONE: 408-888-1358 JOHNEMETZGER@ATT.NET | SEVERANCE | | | | $132,500.00 |
| 12 | GREG AMMIRATI 1005 DAKOTA DR WOODSTOCK, IL 60098 | CONTACT: GREG AMMIRATI PHONE: 312-550-5173 GREG.AMMIRATI@SBCGLOBAL.NET | SEVERANCE | | | | $125,000.00 |
| 13 | PERRY FRAHM 7971 N WADE SPRINGS DR TUCSON, AZ 85743 | CONTACT: PERRY FRAHM PHONE: 520-401-8537 FRAHMPH@COMCAST.NET | SEVERANCE | | | | $125,000.00 |
| 14 | GAS INNOVATIONS ATTN: JACK MCCULLOCH 18005 HIGHWAY 225 LA PORTE, TX 77571 | CONTACT: JACK MCCULLOCH PHONE: 281-471-2200 FAX: 281-471-2201 JACK@GASINNOVATIONS.COM | TRADE | | | | $106,121.28 |
| 15 | DORANDEZ, LLC CARLOS FERNANDEZ 801 DOUGLAS AVE DOUGLAS, AZ 85607 | CONTACT: CARLOS FERNANDEZ PHONE: 520-364-6490 HALF_4@HOTMAIL.COM | CONVERTIBLE NOTE HOLDER | | | | $100,000.00 |
| 16 | DOUGLAS NELSON 6710 N. MAMARONICK DR. TUCSON, AZ 85718 | CONTACT: DOUGLAS NELSON PHONE: 520-631-4989 DWARDNELSON@AOL.COM | SEVERANCE | C,U,D | | | $100,000.00 |
| 17 | MARTIN FOX 6050 S COUNTRY CLUB RD STE 180 TUCSON, AZ 85706 | CONTACT: MARTIN FOX PHONE: (520) 547-0921 MARTYFOX5@GMAIL.COM | CONVERTIBLE NOTE HOLDER | | | | $100,000.00 |
| 18 | PAUL DEHERRERA 5208 N FOOTHILLS DR, TUCSON, AZ 85718 | CONTACT: PAUL DEHERRERA PHONE: 303-693-2349 PDE4115@GMAIL.COM | CONVERTIBLE NOTE HOLDER | | | | $100,000.00 |
| 19 | PRAXAIR DEPT LA 21511 PASADENA, CA 91185-1511 | CONTACT: AMANDA HULL PHONE: 661-948-8508 FAX: 800-266-4369 AMANDA_HULL@PRAXAIR.COM | TRADE | | | | $95,548.29 |

**Debtor:** Vector Launch Inc.

**Case Number** (if known):  19-

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20    CIP REAL ESTATE PROPERTY SERVICES ATTN: TERRY 19762 MACARTHUR BLVD 300 IRVINE, CA 92612 | CONTACT: TERRY ELIA FAX: 949-474-2101 TELIA@CIPREALESTATE.COM | PROPERTY LEASE | | | | $77,271.04 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Vector Launch Inc., *et al.*,[1] | Case No. 19-_____ |
| Debtors. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned certifies that the following are entities, other than Vector Launch Inc. or a governmental unit, that directly or indirectly own(s) 10% or more of any class of Vector Launch Inc.'s equity interests:

| **Entity** | **Address** |
|---|---|
| Kodem Growth Partners<br>(equity interests held by:<br>Kodem Vector Investment LP<br>Kodem Vector Investment II LP<br>Kodem Vector Investment III LP) | 650 Fifth Avenue<br>35th Floor<br>New York, NY 10019 |
| Sequoia Capital<br>(equity interests held by:<br>Sequoia Capital U.S. Venture Fund XV, L.P.<br>Sequoia Capital U.S. Venture Partners Fund XV (Q), L.P.<br>Sequoia Capital U.S. Venture Partners Fund XV, L.P.<br>Sequoia Capital U.S. Venture XV Principals Fund, L.P.) | 2800 Sand Hill Road<br>Suite 101<br>Menlo Park, CA 94025 |
| Shasta Ventures V, L.P. | 2440 Sand Hill Road<br>Suite 300<br>Menlo Park, CA 94025 |
| Lightspeed Venture Partners XI, L.P. | 2200 Sand Hill Road<br>Menlo Park, CA 94025 |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vector Launch Inc [4147] and Garvey Spacecraft Corporation [4794]. The Debtors' address is: PO Box 14928, Long Beach, CA 90853-4928.

4836-7051-1790.v1

Debtor Garvey Spacecraft Corporation is 100% owned by Vector Launch Inc.

Wilmington, Delaware
Date: December 13, 2019                    Respectfully submitted,

                                           */s/ Shaun Martin*
                                           _____
                                           Shaun Martin
                                           Chief Restructuring Officer
                                           Vector Launch Inc.

# United States Bankruptcy Court
## District of Delaware

In re:  **Vector Launch Inc.**

Case No.  **19-**

Debtor(s)

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 9931961 CANADA INC.<br>258 BEACON ROAD<br>KIRKLAND, QUEBEC  H9J 2G4 | SERIES A PREFERRED | 102,050 | PREFERRED |
| AGM CONTAINER CONTROL, INC.<br>DEFINED BENEFIT PENSION PLAN<br>3526 E FORT LOWELL ROAD<br>TUCSON, AZ  85215 | SERIES B PREFERRED | 260,758 | PREFERRED |
| AGM CONTAINER CONTROLS, INC.<br>DEFINED BENEFIT PENSION PLAN<br>PO BOX 40020<br>TUCSON, AZ  85717 | SERIES A PREFERRED | 81,125 | PREFERRED |
| ALEX EL-NEMER | SERIES B PREFERRED | 3,261 | PREFERRED |
| ARCH PARTNERS LLC<br>P.O. BOX 31597<br>TUCSON, AZ  85751-1597 | SERIES A PREFERRED | 10,106 | PREFERRED |
| ARIZONA VECTOR INVESTORS II, LLC<br>ATTN: JAMES GOULKA<br>2824 N POWER RD.<br>STE 113-113<br>MESA, AZ 85215 | SERIES B PREFERRED | 42,073 | PREFERRED |
| ARIZONA VECTOR INVESTORS LLC<br>ATTN: JAMES GOULKA<br>2824 N POWER RD.<br>STE 113-113<br>MESA, AZ 85215 | SERIES A PREFERRED | 73,579 | PREFERRED |
| AS BRAHMS FUND LLC<br>6510 MILLROCK DRIVE<br>SALT LAKE CITY, UT  84117 | SERIES B PREFERRED | 195,564 | PREFERRED |
| AVGF – PAV VECTOR 2018, LLC | SERIES B PREFERRED | 81,535 | PREFERRED |
| A-VSX-11-FUND, A SERIES OF<br>ANGELLIST-DYTA-FUNDS, LLC<br>C/O ASSURE FUND MANAGEMENT, LLC<br>PO BOX 171305<br>SALT LAKE CITY, UT  84117 | SERIES A PREFERRED | 33,486 | PREFERRED |

Sheet 1 of 17  in List of Equity Security Holders

In re:   **Vector Launch Inc.**                                          Case No.   **19-**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| A-VSX-11-PR-2-FUND, A SERIES OF ANGELLIST-DYTA-FUNDS, LLC DO ASSURE FUND MANAGEMENT, LLC PO BOX 171305 SALT LAKE CITY, UT  84117 | SERIES B PREFERRED | 13,763 | PREFERRED |
| A-VSX-11-PR-FUND, A SERIES OF ANGELLIST-CYTA-FUNDS, LLC C/O ASSURE FUND MANAGEMENT, LLC PO BOX 171305 SALT LAKE CITY, UT  84117 | SERIES B PREFERRED | 19,417 | PREFERRED |
| BARBARA LOOSCH 230 SE TRESSLER DR. TUCSON, AZ  85750 | SERIES A PREFERRED | 3,042 | PREFERRED |
| BARBARA LOOSCH 230 SE TRESSLER DR. TUCSON, AZ  85750 | SERIES B PREFERRED | 815 | PREFERRED |
| BHAVESH PATEL 7432 RODNEY CT. CINCINNATI, OH  45241 | SERIES A PREFERRED | 13,925 | PREFERRED |
| BRANDON BECK 5042 WILSHIRE BLVD., #32647 LOS ANGELES, CA  90036 | SERIES A PREFERRED | 55,953 | PREFERRED |
| BRIAN ELLERMAN 1901 N TUCSON BLVD. TUCSON, AZ  85716 | SERIES A PREFERRED | 10,222 | PREFERRED |
| BRIAN KSENAK 1901 N TUCSON BLVD. TUCSON, AZ  85716 | SERIES B PREFERRED | 32,614 | PREFERRED |
| BRIAN ZEILER 2647 E. PLATEAU DR. BOISE, ID  83712 | SERIES B PREFERRED | 13,830 | PREFERRED |
| BRIAN ZEILER 2647 E. PLATEAU DR. BOISE, ID  83712 | SERIES A PREFERRED | 31,067 | PREFERRED |

Sheet 2 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                      Case No.  **19-**
_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CAR PARTNERS II LLC ATTN: RANDY BRUNSCHWIG, MANAGING MEMBER 9041 EAST WESLEY DRIVE DENVER, CO 80231 | SERIES B PREFERRED | 4,892 | PREFERRED |
| CAR PARTNERS II LLC ATTN: RANDY BRUNSCHWIG, MANAGING MEMBER 9041 EAST WESLEY DRIVE DENVER, CO 80231 | SERIES A PREFERRED | 13,943 | PREFERRED |
| CHAD BALTRUSCH PO BOX 474 WADDELL, AZ 85355 | SERIES B PREFERRED | 27,612 | PREFERRED |
| CHRIS MCCORMICK 1810 ARAPAHOE ST. GOLDEN, CO 80401 | SERIES A PREFERRED | 27,932 | PREFERRED |
| CLEAVE FAMILY REVOCABLE TRUST CLEAVE 1047 SAN CARLOS AVENUE HALF MOON BAY, CA 94019 | SERIES B PREFERRED | 9,727 | PREFERRED |
| COLIN CANTRELL 824 E 16TH ST. TUCSON, AX 85719 | SERIES A PREFERRED | 8,100 | PREFERRED |
| COLLEEN SKEE 30 FIELDWAY DR. STUART, FL 34996 | SERIES A PREFERRED | 2,021 | PREFERRED |
| DANIEL FLORES | SERIES B PREFERRED | 32,614 | PREFERRED |
| DAVID COHEN 4958 E GARRISON CT TUCSON, AZ 85712-6604 | SERIES A PREFERRED | 22,233 | PREFERRED |
| DAVID COHEN 4958 E GARRISON CT TUCSON, AZ 85712-6604 | SERIES B PREFERRED | 4,076 | PREFERRED |
| DAVID FISHMAN 2818 W. SIMPLICITY DR. TUCSON, AZ 85741 | COMMON SHARES | 1,979 | COMMON |

Sheet 3 of 17  in List of Equity Security Holders

In re:   **Vector Launch Inc.**                                                    Case No.   **19-**

                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DAVINCI CAPITAL<br>FERROCARRIL DE CUERNAVACA<br>76, 10TH FLOOR, COL. LOMAS<br>DE CHAPULTEPEC \| MÉXICO DF  CP<br>11000<br>MEXICO | SERIES A<br>PREFERRED | 61,854 | PREFERRED |
| DESERT SIDECAR VII, LLC<br>631 N. 5TH AVE.<br>TUCSON, AZ  85705-8421 | SERIES A<br>PREFERRED | 15,165 | PREFERRED |
| DESERT SIDECAR VIII, LLC<br>C/O  CURTIS  GUNN<br>631 N.  5TH  AVE.<br>TUCSON, AZ  85705-8421 | SERIES B<br>PREFERRED | 11,350 | PREFERRED |
| DIIXA PATEL<br>966 INDIAN WELLS AVE.<br>SUNNYVALE, CA  94085 | SERIES A<br>PREFERRED | 13,925 | PREFERRED |
| DOUGLAS FORD<br>108  WALNUT  AVE<br>WAYNE,, PA  19087 | SERIES B<br>PREFERRED | 16,306 | PREFERRED |
| DRAPER NEXUS PARTNERS II, LLC<br>55 EAST 3RD AVE<br>SAN MATEO, CA  94401 | SERIES B<br>PREFERRED | 44,043 | PREFERRED |
| DRAPER NEXUS TECHNOLOGY PARTNERS II, LP<br>55 EAST 3RD AVE<br>SAN MATEO, CA  94401 | SERIES B<br>PREFERRED | 797,490 | PREFERRED |
| DRAPER NEXUS TECHNOLOGY PARTNERS<br>JAPAN II, LP<br>55 EAST 3RD AVENUE<br>SAN MATEO, CA  94401 | SERIES B<br>PREFERRED | 159,458 | PREFERRED |
| DUNG NGUYEN<br>12051 HAGA STREET<br>GARDEN GROVE, CA  92841 | COMMON<br>SHARES | 5,400 | COMMON |
| DYLAN TAYLOR<br>8 S. LILHAVEN LN<br>LITTLETON, CO  80123 | SERIES B<br>PREFERRED | 13,270 | PREFERRED |
| DYLAN TAYLOR<br>8 S. LILHAVEN LN<br>LITTLETON, CO  80123 | SERIES A<br>PREFERRED | 24,284 | PREFERRED |

Sheet 4 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                      Case No.  **19-**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| EDWARD SALABOR AND ERIKA SALABOR<br>2884 TAHOE DRIVE<br>LIVERMORE, CA  94550 | SERIES A PREFERRED | 24,293 | PREFERRED |
| EINSTEIN-SIM, LLC<br>ATTN: STEVE SIM<br>5650 PASEO DEL FUENTE<br>TUCSON, AZ  85750 | SERIES A PREFERRED | 20,182 | PREFERRED |
| EMERALD ADAIR<br>40 N SUNTAN DR<br>VAIL, AZ  85641 | COMMON SHARES | 10,937 | COMMON |
| ERIC BESNARD<br>45 60TH PLACE<br>LONG BEACH, CA  90803 | COMMON SHARES | 800,000 | COMMON |
| ERIC KNADLER<br>10222 E GRAY HAWK DR.<br>TUCSON, AZ  85730 | COMMON SHARES | 450 | COMMON |
| ERIC SCHILLER<br>32 CAROL ROAD<br>WESTFIELD, NJ  07090 | SERIES A PREFERRED | 10,305 | PREFERRED |
| ERNEST J. MAUNE<br>539 UTICA DRIVE<br>SUNNYVALE, CA  94087 | SERIES A PREFERRED | 34,357 | PREFERRED |
| ERNEST J. MAUNE<br>539 UTICA DRIVE<br>SUNNYVALE, CA  94087 | SERIES B PREFERRED | 9,734 | PREFERRED |
| FLOYD G. HOFFMAN, LLC<br>11745 E. CHARTER OAK DRIVE<br>SCOTTSDALE, AZ  85259 | SERIES B PREFERRED | 815 | PREFERRED |
| GARRETT JOHN KOWALEWSKI<br>1201 EAST SILVERTREE DRIVE<br>TUCSON, AZ  85718 | SERIES A PREFERRED | 10,146 | PREFERRED |
| GARRETT JOHN KOWALEWSKI<br>1201 EAST SILVERTREE DRIVE<br>TUCSON, AZ  85718 | SERIES B PREFERRED | 4,857 | PREFERRED |
| GARRETT KATZENSTEIN<br>3338 KALLIN AVE<br>LONG BEACH, CA  90808 | SERIES B PREFERRED | 19,452 | PREFERRED |

Sheet 5 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                    Case No.  **19-**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GARRETT KATZENSTEIN<br>3338 KALLIN AVE<br>LONG BEACH, CA  90808 | COMMON SHARES | 4,427 | COMMON |
| GARRY BRAV 678 TRUST<br>700 EAST BROADWAY<br>SUITE 200<br>TUCSON, AZ  85719 | SERIES A PREFERRED | 40,364 | PREFERRED |
| GARRY BRAV 678 TRUST<br>700 EAST BROADWAY<br>SUITE 200<br>TUCSON, AZ  85719 | SERIES B PREFERRED | 16,307 | PREFERRED |
| GRAHAM FAMILY INVESTMENTS, LLC<br>602 75TH WAY NE<br>OLYMPIA, WA  98506 | SERIES B PREFERRED | 32,450 | PREFERRED |
| HARPREET LABANA<br>295 SAW MILL RIVER ROAD<br>MILLWOOD, NY  10546 | SERIES A PREFERRED | 10,380 | PREFERRED |
| HARSH JARIWALA<br>199 ACALANES DR. APT 14<br>SUNNYVALE, CA  94086 | SERIES A PREFERRED | 92,456 | PREFERRED |
| HOWARD N. STEWART<br>3526 E FORT LOWELL ROAD<br>TUCSON, AZ  85716 | SERIES B PREFERRED | 45,613 | PREFERRED |
| HOWARD N. STEWART<br>3526 E FORT LOWELL ROAD<br>TUCSON, AZ  85716 | SERIES A PREFERRED | 30,435 | PREFERRED |
| HSL PROPERTIES INC.<br>ATTN: HUMBERTO LOPEZ<br>3901 EAST BROADWAY BLVD<br>TUCSON, AZ  85711 | SERIES A PREFERRED | 10,128 | PREFERRED |
| HYPERSPEED VENTURES LLC<br>310 WASHINGTON BLVD.<br>UNIT 601<br>MARINA DEL REY, CA  90292 | SERIES A PREFERRED | 40,419 | PREFERRED |
| INNOCOMM, LLC<br>7024 CHANNEL VILLAGE COURT, UNIT 101<br>ANNAPOLIS, MD  21403 | SERIES B PREFERRED | 9,730 | PREFERRED |

Sheet 6 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                              Case No.  **19-**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| ITOCHU CORPORATION TOKNU SECTION, ITOCHU CORPORATION | SERIES B PREFERRED | 326,143 | PREFERRED |
| JAMES CANTRELL 11421 E. CALLE DEL VALLE TUCSON, AZ 85749 | SERIES A PREFERRED | 14,013 | PREFERRED |
| JAMES CANTRELL 11421 E. CALLE DEL VALLE TUCSON, AZ 85749 | COMMON SHARES | 2,000,000 | COMMON |
| JAMES PALMER 11447 MORNING GROVE DR LAS VEGAS, NV 89135 | COMMON SHARES | 110,000 | COMMON |
| JAMES RILEY 4330 W CAMINO PINTORESCO TUCSON, AZ 85745 | SERIES A PREFERRED | 20,214 | PREFERRED |
| JANA MESSERSCHMIDT 145 LAUREL ST 9 SAN FRANCISCO, CA 94118 | SERIES A PREFERRED | 6,717 | PREFERRED |
| JOHN GARVEY 389 HAINES AVENUE LONG BEACH, CA 90814 | COMMON SHARES | 2,000,000 | COMMON |
| JOHN GARVEY 389 HAINES AVENUE LONG BEACH, CA 90814 | SERIES A PREFERRED | 28,026 | PREFERRED |
| JORDAN FITTERER 4850 E. MELISSA ST. TUCSON, AZ 85711 | COMMON SHARES | 1,454 | COMMON |
| JOSEPH SASSO WAGNERSTR 12 DEUTSCHLAND WEINHEIM 69469 GERMANY | SERIES B PREFERRED | 11,052 | PREFERRED |
| KANEMATSU CORPORATION 2-1, SHIBAURA 1-CHOME TOKYO 105-8005 JAPAN | SERIES A PREFERRED | 122,434 | PREFERRED |

In re:   **Vector Launch Inc.**                                                    Case No.   **19-**
_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KEITH WONG<br>7222 E GAINER RANCH ROAD, UNIT 128<br>SCOTTSDALE, AZ 85258 | SERIES B PREFERRED | 19,440 | PREFERRED |
| KEN SUNSHINE<br>33 N. EL MOLINO AVE.<br>APT. 402<br>PASADENA, CA 91101 | SERIES A PREFERRED | 14,013 | PREFERRED |
| KEN SUNSHINE<br>33 N. EL MOLINO AVE.<br>APT. 402<br>PASADENA, CA 91101 | COMMON SHARES | 1,333,333 | COMMON |
| KIEL HOGAN<br>7145 SOUTH POLO RIDGE DR.<br>LITTLETON, CO 80128 | SERIES A PREFERRED | 10,279 | PREFERRED |
| KNOLLWOOD INVESTMENT FUND LLC<br>217 INTERNATIONAL CIR.<br>HUNT VALLEY, MD 21030 | SERIES B PREFERRED | 163,071 | PREFERRED |
| KODEM VECTOR INVESTMENT II, L.P.<br>GOLENBOCK EISEMAN ASSOR BELL &<br>PESKOE LLP, 711 THIRD AVENUE,<br>ATTENTION: ALEXANDER KAPLUN<br>NEW YORK, NY 10017 | SERIES B PREFERRED | 1,244,542 | PREFERRED |
| KODEM VECTOR INVESTMENT III, L.P.<br>GOLENBOCK EISEMAN ASSOR BELL &<br>PESKOE LLP, 711 THIRD AVENUE,<br>ATTENTION: ALEXANDER KAPLUN<br>NEW YORK, NY 10017 | SERIES B PREFERRED | 1,196,618 | PREFERRED |
| KODEM VECTOR INVESTMENT, L.P.<br>GOLENBOCK EISEMAN ASSOR BELL &<br>PESKOE LLP, 711 THIRD AVENUE,<br>ATTENTION: ALEXANDER KAPLUN<br>NEW YORK, NY 10017 | SERIES B PREFERRED | 1,142,551 | PREFERRED |
| KUNAL RAMBHIA<br>51 RODGERS DRIVE<br>NEW ROCHELLE, NY 10804 | SERIES A PREFERRED | 13,925 | PREFERRED |
| KURRENT INVESTMENT LLC<br>2935 HUNTSFORD CIRCLE<br>HIGHLANDS RANCH, CO 80126 | SERIES B PREFERRED | 16,307 | PREFERRED |

Sheet 8 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                        Case No.  **19-**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KURRENT INVESTMENT LLC 2935 HUNTSFORD CIRCLE HIGHLANDS RANCH, CO 80126 | SERIES A PREFERRED | 255,911 | PREFERRED |
| KURRENT INVESTMENT LLC 2935 HUNTSFORD CIRCLE HIGHLANDS RANCH, CO 80126 | SERIES B PREFERRED | 160,462 | PREFERRED |
| LIGHTSPEED VENTURE PARTNERS XI, L.P. 2200 SAND HILL ROAD MENLO PARK, CA 94025 | SERIES B PREFERRED | 554,443 | PREFERRED |
| LIGHTSPEED VENTURE PARTNERS XI, L.P. 2200 SAND HILL ROAD MENLO PARK, CA 94025 | SERIES A PREFERRED | 994,196 | PREFERRED |
| MAEBEE HOLDINGS LLC ATTN: BRAD EWALT 2650 E CATCLAW ST. GILBERT, AZ 85296 | SERIES A PREFERRED | 101,192 | PREFERRED |
| MAEBEE HOLDINGS LLC ATTN: BRAD EWALT 2650 E CATCLAW ST. GILBERT, AZ 85296 | SERIES B PREFERRED | 130,136 | PREFERRED |
| MARCO A. BUSSOTTI AND CLAUDIA L. BUSSOTT | SERIES B PREFERRED | 4,076 | PREFERRED |
| MATTHEW CONOVER 420 WHISMAN COURT MT. VIEW, CA 94043 | SERIES A PREFERRED | 80,084 | PREFERRED |
| MATTHEW STUART 9301 N. HAMPSHIRE DR. TUCSON, AZ 85742 | COMMON SHARES | 50 | COMMON |
| MELISSA FITTERER 4850 E MELISSA ST TUCSON, AZ 85711 | COMMON SHARES | 200 | COMMON |
| MICHAEL & KATINA KOLLER 7225 NORTH VILLAGE AVENUE TUCSON, AZ 85704 | SERIES A PREFERRED | 10,168 | PREFERRED |

Sheet 9 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                                    Case No.  **19-**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MICHAEL CONOVER<br>1799 EAST 1780 NORTH<br>NORTH LOGAN, UT  84341 | SERIES A PREFERRED | 18,138 | PREFERRED |
| MICHAEL TANNE<br>2232 W MIDDLEFIELD ROAD<br>MOUNTAIN VIEW, CA  94022 | SERIES A PREFERRED | 8,106 | PREFERRED |
| MILA INTUITIVE OBJECTS FUND, L.P.<br>9340 OWENSMOUTH AVE<br>CHATSWORTH, CA  91311 | SERIES A PREFERRED | 30,912 | PREFERRED |
| MIRAMAR VENTURES, LLC<br>P.O. BOX 31597<br>TUCSON, AZ  85715 | SERIES B PREFERRED | 22,740 | PREFERRED |
| MITCH PISIK<br>4901 N AVENIDA DE CASTILLA<br>TUCSON, AZ  85718 | SERIES A PREFERRED | 10,249 | PREFERRED |
| NATHAN LIPSCOMB | SERIES A PREFERRED | 8,102 | PREFERRED |
| NAVNEET DALAL<br>61 FREDRICK AVE.<br>ATHERTON, CA  94027 | SERIES A PREFERRED | 58,961 | PREFERRED |
| NEIL R. SIMON | SERIES B PREFERRED | 4,852 | PREFERRED |
| NICHOLAS KARANGELAN<br>3100 N NELSON ST.<br>ARLINGTON, VA  22207 | SERIES A PREFERRED | 14,007 | PREFERRED |
| NISHANT DOSHI<br>1168 CORRAL AVE<br>SUNNYVALE, CA  94086 | SERIES A PREFERRED | 24,123 | PREFERRED |
| NUVIEW TRUST CO. FBO LINDA F. PENN<br>330 S POPLAR AVE<br>SUITE 103-M<br>PIERRE, SD  57501 | SERIES B PREFERRED | 8,153 | PREFERRED |
| NUVIEW TRUST CO. FBO R. TONY PENN<br>330 S POPLAR AVE<br>SUITE 103-M<br>PIERRE, SD  57501 | SERIES B PREFERRED | 8,153 | PREFERRED |

Sheet 10 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                    Case No.  **19-**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| OAIMK, LLC<br>3573 E SUNRISE DR.,  SUITE 225<br>TUCSON, AZ 85718 | SERIES B PREFERRED | 178,973 | PREFERRED |
| OAIMK, LLC<br>3573 E SUNRISE DR.,  SUITE 225<br>TUCSON, AZ 85718 | SERIES A PREFERRED | 202,297 | PREFERRED |
| OSAGE UNIVERSITY PARTNERS II, L.P.<br>50 MONUMENT ROAD, SUITE 201<br>BALA CYNWYD, PA 19004 | SERIES B PREFERRED | 55,361 | PREFERRED |
| OSAGE UNIVERSITY PARTNERS II, L.P.<br>50 MONUMENT ROAD, SUITE 201<br>BALA CYNWYD, PA 19004 | SERIES A PREFERRED | 41,204 | PREFERRED |
| PANAGIOTIS (PETER) VASILIADIS<br>25 CRESTLINE RD.<br>WAYNE, PA 19087 | SERIES B PREFERRED | 16,306 | PREFERRED |
| PAT HOGAN<br>7145 SOUTH POLO RIDGE DR.<br>LITTLETON, CO 80128 | SERIES A PREFERRED | 41,119 | PREFERRED |
| PATRICK BARKER<br>1530 S CENTINELA AVE,  APT 102<br>LOS ANGELES, CA 90025 | COMMON SHARES | 1,250 | COMMON |
| PENSCO TRUST COMPANY, CUSTODIAN<br>FBO (SCOTT LEE), IRA<br>335 FAIRFAX AVE<br>SAN MATEO, CA 94402 | SERIES B PREFERRED | 17,903 | PREFERRED |
| PESARC HEDGE FUND HOLDINGS LTD.<br>C/O MORGAN STANLEY AIP<br>SUITE 400, 100 FRONT STREET<br>WEST CONSHOHOCKEN, PA 19428 | SERIES B PREFERRED | 815,357 | PREFERRED |
| PREETI RANA<br>323 CHILTERN CT.<br>SAN RAMON, CA 94582 | SERIES A PREFERRED | 10,108 | PREFERRED |
| PROVIDENT TRUST GROUP FBO GARRETT KATZENSTEIN IRA<br>3338 KAILIN AVE<br>LONG BEACH, CA 90808 | SERIES B PREFERRED | 34,959 | PREFERRED |

Sheet 11 of 17  in List of Equity Security Holders

In re:   **Vector Launch Inc.**                                               Case No.   **19-**

_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RICH & VICKI KEFFLER<br>3450 N. FLOWING WELLS,<br>#118<br>TUCSON, AZ  85705 | SERIES A PREFERRED | 8,088 | PREFERRED |
| RIVERVIEW STRATEGIC OPPORTUNITIES FUND III LP<br>C/O MORGAN STANLEY AIP<br>SUITE 400, 100 FRONT STREET<br>WEST CONSHOHOCKEN, PA  19428 | SERIES B PREFERRED | 815,357 | PREFERRED |
| ROBERT & JOANNE HUNGATE<br>5132 N. SOLEDAD PRIMERA<br>TUCSON, AZ  85718 | SERIES A PREFERRED | 4,062 | PREFERRED |
| ROBERT & MARGARET COLEMAN<br>COLEMAN<br>463 YOSEMITE DRIVE<br>LIVERMORE, CA  94551 | SERIES A PREFERRED | 13,926 | PREFERRED |
| ROBERT G. WICK | SERIES B PREFERRED | 9,721 | PREFERRED |
| ROUBLE RANA<br>HOUSE 161 WESTWOOD<br>GREEN, 55 JINFENG ROAD,<br>MINHANG, SHANGHAI<br>201107<br>CHINA | SERIES A PREFERRED | 10,108 | PREFERRED |
| RYAN M. GEORGE & KIMBERLY M. EVANS REVOCABLE TRUST 04212017<br>11145 N. STARGAZER  DRIVE<br>ORO VALLEY, AZ  85737 | SERIES B PREFERRED | 19,424 | PREFERRED |
| RYAN M. GEORGE & KIMBERLY M. EVANS REVOCABLE TRUST 04212017<br>11145 N. STARGAZER  DRIVE<br>ORO VALLEY, AZ  85737 | SERIES A PREFERRED | 10,104 | PREFERRED |
| RYAN VERANO | SERIES B PREFERRED | 8,153 | PREFERRED |
| SAV HOLDINGS XI, LLC<br>C/O CHAD ANDERSON<br>MANAGING MEMBER<br>222 BROADWAY, 19 FLOOR,<br>NEW YORK, NY  10038 | SERIES A PREFERRED | 115,788 | PREFERRED |

Sheet 12 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                    Case No.  **19-**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SAV HOLDINGS XXV LLC<br>C/O CHAD ANDERSON<br>MANAGING MEMBER<br>222 BROADWAY, 19 FLOOR<br>NEW YORK, NY 10038 | SERIES B PREFERRED | 107,588 | PREFERRED |
| SAV HOLDINGS XXX LLC<br>C/O CHAD ANDERSON<br>MANAGING MEMBER<br>222 BROADWAY, 19 FLOOR<br>NEW YORK, NY 10038 | SERIES B PREFERRED | 207,508 | PREFERRED |
| SBS VENTURES, LLC<br>P.O. BOX 31597<br>DAVID SMALLHOUSE<br>TUCSON, AZ 85751-1597 | SERIES B PREFERRED | 407,678 | PREFERRED |
| SBS VENTURES, LLC<br>P.O. BOX 31597<br>DAVID SMALLHOUSE<br>TUCSON, AZ 85751-1597 | SERIES B PREFERRED | 48,624 | PREFERRED |
| SBS VENTURES, LLC<br>P.O. BOX 31597<br>DAVID SMALLHOUSE<br>TUCSON, AZ 85751-1597 | SERIES A PREFERRED | 101,533 | PREFERRED |
| SEED ACCELERATOR FUND 2014 LLC<br>C/O ROBB KUNZ<br>150 SOUTH STATE STREET STE 203<br>SALT LAKE CITY, UT 84111 | SERIES A PREFERRED | 10,110 | PREFERRED |
| SEED ACCELERATOR FUND 2017 LLC<br>C/O ROBB KUNZ<br>150 SOUTH STATE STREET STE 203<br>SALT LAKE CITY, UT 84111 | SERIES A PREFERRED | 10,136 | PREFERRED |
| SEQUOIA CAPITAL U.S. VENTURE FUND XV,<br>L.P., A CAYMAN ISLANDS EXEMPTED LP<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA 94025 | SERIES B PREFERRED | 821,353 | PREFERRED |

Sheet 13 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                    Case No.  **19-**
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SEQUOIA CAPITAL U.S. VENTURE FUND XV, L.P., A CAYMAN ISLANDS EXEMPTED LP 2800 SAND HILL ROAD SUITE 101 MENLO PARK, CA 94025 | SERIES A PREFERRED | 2,507,096 | PREFERRED |
| SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XV (Q), L.P., A CAYMN ISLES EXEMPTD LP 2800 SAND HILL ROAD MENLO PARK, CA 94025 | SERIES A PREFERRED | 105,664 | PREFERRED |
| SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XV (Q), L.P., A CAYMN ISLES EXEMPTD LP 2800 SAND HILL ROAD MENLO PARK, CA 94025 | SERIES B PREFERRED | 34,616 | PREFERRED |
| SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XV, L.P., A CAYMAN ISLANDS EXEMPTD LP 2800 SAND HILL ROAD MENLO PARK, CA 94025 | SERIES B PREFERRED | 12,434 | PREFERRED |
| SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XV, L.P., A CAYMAN ISLANDS EXEMPTD LP 2800 SAND HILL ROAD MENLO PARK, CA 94025 | SERIES A PREFERRED | 37,954 | PREFERRED |
| SEQUOIA CAPITAL U.S. VENTURE XV PRINCIPALS FUND, L.P., A CAYMAN ISLANDS EXEMPTED LP 2800 SAND HILL ROAD, SUITE 101 MENLO PARK, CA 94032 | SERIES A PREFERRED | 385,613 | PREFERRED |
| SEQUOIA CAPITAL U.S. VENTURE XV PRINCIPALS FUND, L.P., A CAYMAN ISLANDS EXEMPTED LP 2800 SAND HILL ROAD, SUITE 101 MENLO PARK, CA 94032 | SERIES B PREFERRED | 126,331 | PREFERRED |
| SERGIO BLACUTT 2700 E EXECUTIVE DR., SUITE 100 TUCSON, AZ 85756 | SERIES B PREFERRED | 16,307 | PREFERRED |
| SERGIO BLACUTT 2700 E EXECUTIVE DR., SUITE 100 TUCSON, AZ 85756 | SERIES A PREFERRED | 40,578 | PREFERRED |

Sheet 14 of 17  in List of Equity Security Holders

In re: **Vector Launch Inc.**                                    Case No. **19-**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SERGIO SANCHEZ<br>720 DAWN WAY<br>GILROY, CA  95010 | SERIES A PREFERRED | 24,065 | PREFERRED |
| SHASTA VENTURES V, L.P.<br>2440 SAND HILL ROAD, SUITE 300<br>MENLO PARK, CA  94025 | SERIES B PREFERRED | 505,521 | PREFERRED |
| SHASTA VENTURES V, L.P.<br>2440 SAND HILL ROAD, SUITE 300<br>MENLO PARK, CA  94025 | SERIES A PREFERRED | 1,612,209 | PREFERRED |
| SHAUN COLEMAN<br>23505 ALAMITOS RD<br>SAN JOSE, CA  95120 | SERIES A PREFERRED | 62,117 | PREFERRED |
| SHELBY LOOSCH<br>1401 S. PALMWAY<br>LAKE WORTH, FL  33460-5711 | SERIES B PREFERRED | 815 | PREFERRED |
| SHELBY LOOSCH<br>1401 S. PALMWAY<br>LAKE WORTH, FL  33460-5711 | SERIES A PREFERRED | 3,042 | PREFERRED |
| SINICORP LLC<br>84 WILLOW AVENUE<br>SUITE 6A<br>HOBOKEN, NJ  07030 | SERIES A PREFERRED | 10,281 | PREFERRED |
| SRP GROUP LLC<br>ATTN: HARIT PATEL<br>966 INDIAN WELLS AVE.<br>SUNNYVALE, CA  94085 | SERIES A PREFERRED | 30,321 | PREFERRED |
| STEVEN VESTERDAL | SERIES B PREFERRED | 16,307 | PREFERRED |
| STREETEDGE CAPITAL, LP<br>455 MARKET STREET, SUITE 1140<br>SAN FRANCISCO, CA  94105 | SERIES B PREFERRED | 51,423 | PREFERRED |
| SUSAN AND WILLIAM SCOTT | SERIES B PREFERRED | 11,722 | PREFERRED |
| THE ENTRUST GROUP FBO CARMEN PALAFOX<br>#7630013595<br>3605 HELMS AVE.<br>CULVER CITY, CA  90232 | SERIES A PREFERRED | 10,304 | PREFERRED |

Sheet 15 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                   Case No.  **19-**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| THE GEORGE WASHINGTON UNIVERSITY<br>2121 I ST NW<br>WASHINGTON, DC 20052 | COMMON SHARES | 34,000 | COMMON |
| THE LEE FAMILY TRUST U/A 5/21/2008<br>ATTN: SCOTT LEE<br>335 FAIRFAX AVE.<br>SAN MATEO, CA 94402 | SERIES A PREFERRED | 20,696 | PREFERRED |
| THE STEPHENS FAMILY TRUST DATED JUNE 13, 2006 | SERIES B PREFERRED | 8,153 | PREFERRED |
| TOM CHRISTIE<br>3284 N RAMBLING CREEK PLACE<br>TUCSON, AZ 85712 | SERIES A PREFERRED | 10,180 | PREFERRED |
| TOM CHRISTIE<br>3284 N RAMBLING CREEK PLACE<br>TUCSON, AZ 85712 | SERIES B PREFERRED | 4,884 | PREFERRED |
| TUCSON EMBEDDED SYSTEMS, INC.<br>5620 N KOLB ROAD<br>SUITE 160<br>TUCSON, AZ 85750 | SERIES B PREFERRED | 4,076 | PREFERRED |
| VANTAGE FBO PATRICK WELCHERT<br>SEP IRA #18872 | SERIES B PREFERRED | 4,076 | PREFERRED |
| VIJAYA GADDE<br>350 GREENWICH STREET<br>SAN FRANCISCO, CA 94133 | SERIES A PREFERRED | 10,214 | PREFERRED |
| VOLANTIS, LLC<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA 94025 | SERIES A PREFERRED | 10,251 | PREFERRED |
| WELCHERT FAMILY TRUST AMENDED AND RESTATED AUGUST 2, 2002 | SERIES B PREFERRED | 4,076 | PREFERRED |
| WESLEY SALANDRO<br>1782 N PLACITA TEJANO<br>TUCSON, AZ 85712 | COMMON SHARES | 1,500 | COMMON |
| WILLIAM R. ASSENMACHER<br>2275 E GANLEY RD<br>TUCSON, AZ 85706 | SERIES B PREFERRED | 40,767 | PREFERRED |

Sheet 16 of 17  in List of Equity Security Holders

In re:  **Vector Launch Inc.**                                    Case No.  **19-**
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| YUVRAJ MEHTA<br>265 SOUTH BAY VIEW AVENUE<br>SUNNYVALE, CA  94086 | SERIES A PREFERRED | 10,312 | PREFERRED |

Sheet 17 of 17  in List of Equity Security Holders

**Fill in this information to identify the case and this filing:**

Debtor Name ___Vector Launch Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                                      (State)

Case number (*if known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/13/2019___          ✖ */s/ Shaun Martin*_____
              MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        Shaun Martin_____
                                        Printed name

                                        Chief Restructuring Officer_____
                                        Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors