**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Vector Launch Inc., *et al.*,[1] | Case No. 19-12670 (JTD) |
| Debtors | (Jointly Administered) |
| | **Re: Docket Nos. 86 & 196** |

**ORDER APPROVING THE STIPULATION AMENDING THE FINAL
DIP ORDER AND EXTENDING THE CHALLENGE PERIOD
AS TO TRIPLEPOINT TO MARCH 6, 2020**

This matter coming before the Court on the *Certification of Counsel Requesting Entry of Order Approving the Stipulation Amending the Final DIP Order and Extending the Challenge Period As To TriplePoint Through March 6, 2020* (the "Certification") and the *Stipulation Amending the Final DIP Order and Extending the Challenged Period As To TriplePoint Through March 6, 2020* (the "Stipulation").  Upon consideration of the Stipulation, Certification and all related pleadings; it appearing that the relief requested in the Stipulation is in the best interests of the Debtor's estates, their creditors and other parties in interest; notice of the Stipulation being sufficient under the circumstances and there being no need for further notice; and the Court, upon due deliberation, having found that "cause" exists to approve the Stipulation, it is hereby **ORDERED**:

1. The Stipulation, attached hereto as **Exhibit A**, is APPROVED.

2. This Order shall be effective immediately upon entry.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vector Launch Inc. [4147] and Garvey Spacecraft Corporation [4794].  The Debtors' address is P.O. Box 14928, Long Beach, CA 90853-4928.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: February 28th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

IMPAC 6590818v.2