**Fill in this information to identify the case:**

Debtor: Garvey Spacecraft Corporation

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 19-12671

☑ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**
☑ None

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.
☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/1/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)
☑ None

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/1/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).
☑ None

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.
☑ None

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.
☑ None

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.
☑ None

### 8. Assignments and receivership
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5: Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

## Part 6: Certain Payments or Transfers

### 11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

   SEE PAYMENTS MADE ON VECTOR SOFA

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

### 13. Transfers not already listed on this statement
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7: Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy | |
|---|---|---|
| 15261 CONNECTOR LANE<br>HUNTINGTON BEACH, CA 92649 | From 5/15/2018 | To PRESENT |
| 824 E 16TH STREET<br>TUCSON, AZ 85719 | From 5/1/17 | To 4/30/19 |
| 10539 HUMBOLT STREET<br>LOS ALAMITOS, CA 90720 | From 10/1/16 | To 6/30/2019 |

## Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

## Part 9: Personal Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**
    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

**AMENDED**

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
    ☐ No. Go to Part 10.
    ☒ Yes. Does the debtor serve as plan administrator?
        ☒ No. Go to Part 10.
        ☐ Yes. Fill in below:

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.
    ☒ None

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.
    ☒ None

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.
    ☒ None

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.
    ☒ None

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.
    ☒ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
    ☒ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☒ No
    ☐ Yes. Provide details below.

### Part 13: Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| DANE NEELY<br>9970 N BLACK MESA TRAIL<br>TUCSON, AZ  85742 | From  1/16/2018 | To  8/9/2019 |
| KEN SUNSHINE<br>33 N EL MOLINO AVENUE<br>APT 402<br>PASADENA, CA  91101 | From  4/1/2016 | To  1/24/2018 |
| SEAN TANNER<br>3516 W BRIAR ROSE LANE<br>TUCSON, AZ  85742 | From  1/8/2018 | To  8/9/2019 |
| STEPHANIE KOSTER<br>20735 NE 112TH STREET<br>REDMOND, WA  98053 | From  4/1/2019 | To  8/9/2019 |
| SUPPORTING STRATEGIES<br>100 CUMMINGS CENTER<br>SUITE 207P<br>OFFICE 232<br>BEVERLY, MA  01915 | From  1/1/2017 | To  PRESENT |
| WINTER HARBOR LLC<br>265 FRANKLIN STREET<br>10TH FLOOR<br>BOSTON, MA  02110 | From  12/5/2019 | To  PRESENT |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| LUDWIG KLEWER & RUDNER PLLC<br>4783 EAST CAMP LOWELL DRIVE<br>TUCSON, AZ  85712 | From  1/1/2017 | To  12/31/2018 |
| SUPPORTING STRATEGIES/MOUNTAIN MAN BOOKEEPING SERVICES, LLC<br>6565 TIMBER LANE<br>BOCA RATON, FL  33433 | From  1/1/2017 | To  PRESENT |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| SUPPORTING STRATEGIES/MOUNTAIN MAN BOOKEEPING SERVICES, LLC<br>6565 TIMBER LANE<br>BOCA RATON, FL  33433 | |
| WINTER HARBOR LLC<br>265 FRANKLIN STREET<br>10TH FLOOR<br>BOSTON, MA  02110 | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| SEQUOIA CAPITAL<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA  94025 |

| Name and address |
|---|
| TRIPLE POINT CAPITAL<br>2755 SAND HILL ROAD<br>MENLO PARK, CA 94025 |
| SILICON VALLEY BANK<br>3003 TASMAN DRIVE<br>SANTA CLARA, CA 95054 |
| KODEM GROWTH PARTNERS<br>650 FIFTH AVE<br>35TH FLOOR<br>NEW YORK, NY 10019 |
| BBRIDGE CAPITAL I, LP<br>PMB 29, BOX 10001<br>SAIPAN, MP 96950 |
| EXPANDING TFO I, LP<br>600 CALIFORNIA ST<br>11TH FLOOR<br>SAN FRANCISCO, CA 94109 |
| DORANDEZ, LLC<br>CARLOS FERNANDEZ<br>801 DOUGLAS AVE<br>DOUGLAS, AZ 85607 |
| MARTIN FOX<br>6050 S COUNTRY CLUB RD<br>STE 180<br>TUCSON, AZ 85706 |
| PAUL DEHERRERA<br>5208 N FOOTHILLS DR,<br>TUCSON, AZ 85718 |
| MICHAEL KANKO<br>8901 E PIMA CENTER PKWY<br>STE 105<br>SCOTTSDALE, AZ 85258 |
| JIM PERKINS<br>221 ALTON WOODS DR<br>CONCORD, NH 03301 |
| RUSS ENGEL<br>7883 E 36TH PL<br>YUMA, AZ 85365 |
| MONICA HALLIGAN<br>1901 S ATHENS AVE<br>YUMA, AZ 85364 |
| SHASTA VENTURES V, L.P.<br>2440 SAND HILL ROAD, SUITE 300<br>MENLO PARK, CA 94025 |
| LIGHTSPEED VENTURE PARTNERS XI, L.P.<br>2200 SAND HILL ROAD<br>MENLO PARK, CA 94025 |
| OSAGE UNIVERSITY PARTNERS II, L.P.<br>50 MONUMENT ROAD, SUITE 201<br>PHILADELPHIA, PA 19004 |
| AGM CONTAINER CONTROL, INC.<br>DEFINED BENEFIT PENSION PLAN<br>3526 E FORT LOWELL ROAD<br>TUCSON, AZ 85215 |
| ARIZONA VECTOR INVESTORS II, LLC<br>ATTN: JAMES GOULKA<br>2824 N POWER RD.<br>STE 113-113<br>MESA, AZ 85215 |
| A-VSX-11-PR-FUND, A SERIES OF<br>ANGELLIST-CYTA-FUNDS, LLC<br>C/O ASSURE FUND MANAGEMENT, LLC<br>PO BOX 171305<br>SALT LAKE CITY, UT 84117 |
| A-VSX-11-PR-2-FUND, A SERIES OF<br>ANGELLIST-DYTA-FUNDS, LLC<br>DO ASSURE FUND MANAGEMENT, LLC<br>PO BOX 171305<br>SALT LAKE CITY, UT 84117 |

| Name and address |
|---|
| BARBARA LOOSCH<br>230 SE TRESSLER DR.<br>TUCSON, AZ 85750 |
| BRIAN KSENAK<br>1901 N TUCSON BLVD.<br>TUCSON, AZ 85716 |
| BRIAN ZEILER<br>2647 E. PLATEAU DR.<br>BOISE, ID 83712 |
| CAR PARTNERS II LLC<br>ATTN: RANDY BRUNSCHWIG,<br>MANAGING MEMBER<br>9041 EAST WESLEY DRIVE<br>DENVER, CO 80231 |
| CHAD BALTRUSCH<br>PO BOX 474<br>WADDELL, AZ 85355 |
| CLEAVE FAMILY REVOCABLE TRUST<br>1017 SAN CARLOS AVE<br>HALF MOON BAY, CA 94019 |
| DESERT SIDECAR VIII, LLC<br>C/O CURTIS GUNN<br>631 N. 5TH AVE.<br>TUCSON, AZ 85705-8421 |
| DOUGLAS FORD<br>108 WALNUT AVE<br>WAYNE,, PA 19087 |
| DRAPER NEXUS PARTNERS II, LLC<br>55 EAST 3RD AVE<br>SAN MATEO, CA 94401 |
| DRAPER NEXUS TECHNOLOGY PARTNERS II, LP<br>55 EAST 3RD AVE<br>55 EAST 3RD AVENUE<br>SAN MATEO, CA 94401 |
| DRAPER NEXUS TECHNOLOGY PARTNERS<br>JAPAN II, LP<br>SAN MATEO, CA 94401 |
| DYLAN TAYLOR<br>8 S. LILHAVEN LN<br>LITTLETON, CO 80123 |
| ERNEST J. MAUNE<br>539 UTICA DRIVE<br>SUNNYVALE, CA 94087 |
| GARRETT KATZENSTEIN<br>3338 KAILIN AVE<br>LONG BEACH, CA 90808 |
| GARRETT JOHN KOWALEWSKI<br>1201 EAST SILVERTREE DRIVE<br>TUCSON, AZ 85718 |
| HOWARD N. STEWART<br>3526 E FORT LOWELL ROAD<br>TUCSON, AZ 85716 |
| INNOCOMM, LLC<br>7024 CHANNEL VILLAGE COURT, UNIT 101<br>ANNAPOLIS, MD 21403 |
| KEITH WONG<br>7222 E GAINER RANCH ROAD, UNIT 128<br>SCOTTSDALE, AZ 85258 |
| MAEBEE HOLDINGS LLC<br>ATTN: BRAD EWALT<br>2650 E CATCLAW ST.<br>GILBERT, AZ 85296 |
| GRAHAM FAMILY INVESTMENTS, LLC<br>602 75TH WAY NE<br>OLYMPIA, WA 98506 |
| MIRAMAR VENTURES, LLC<br>P.O. BOX 31597<br>TUCSON, AZ 85715 |

**Name and address**

OAIMK, LLC
75-5706 HANAMA PLACE, SUITE 104
KAILUA-KONA, HI 96740

PANAGIOTIS (PETER) VASILIADIS
25 CRESTLINE RD.
WAYNE, PA 19087

PENSCO TRUST COMPANY, CUSTODIAN
FBO (SCOTT LEE), IRA
335 FAIRFAX AVE
SAN MATEO, CA 94402

PROVIDENT TRUST GROUP FBO GARRETT
KATZENSTEIN IRA
3338 KAILIN AVE
LONG BEACH, CA 90808

PESARC HEDGE FUND HOLDINGS LTD.
C/O MORGAN STANLEY AIP
SUITE 400, 100 FRONT STREET
WEST CONSHOHOCKEN, PA 19428

RIVERVIEW STRATEGIC OPPORTUNITIES
FUND III LP
C/O MORGAN STANLEY AIP
SUITE 400, 100 FRONT STREET
WEST CONSHOHOCKEN, PA 19428

SAV HOLDINGS XXV LLC
C/O CHAD ANDERSON
MANAGING MEMBER
222 BROADWAY, 19 FLOOR
NEW YORK, NY 10038

SAV HOLDINGS XXX LLC
C/O CHAD ANDERSON
MANAGING MEMBER
222 BROADWAY, 19 FLOOR
NEW YORK, NY 10038

SBS VENTURES, LLC
C/O SARAH B. SMALLHOUSE, MANAGING
MEMBER
P.O. BOX 31930
TUCSON, AZ 85751-1597

SERGIO BLACUTT
2700 E EXECUTIVE DR., SUITE 100
TUCSON, AZ 85756

SHELBY LOOSCH
1401 S. PALMWAY
LAKE WORTH, FL 33460-5711

STREETEDGE CAPITAL, LP
455 MARKET STREET, SUITE 1140
SAN FRANCISCO, CA 94105

THE RYAN M. GEORGE AND KIMBERLY
M. EVANS REVOCABLE TRUST 04212017
11145 N. STARGAZER DRIVE
ORO VALLEY, AZ 85737

TOM CHRISTIE
3526 E FORT LOWELL ROAD
TUCSON, AZ 94105

DAVID COHEN
1985 E RIVER ROAD
SUITE 201
TUCSON, AZ 85718

EMERALD ADAIR
40 N SUNTAN DR
VAIL, AZ 85641

SEED ACCELERATOR FUND 2017 LLC
C/O ROBB KUNZ
150 SOUTH STATE STREET STE 203
SALT LAKE CITY, UT 84111

NICHOLAS KARANGELAN
3100 N NELSON ST.
ARLINGTON, VA 22207

| Name and address |
|---|
| MICHAEL TANNE<br>2232 W MIDDLEFIELD ROAD<br>MOUNTAIN VIEW, CA 94022 |
| PREETI RANA<br>323 CHILTERN CT.<br>SAN RAMON, CA 94582 |
| JANA MESSERSCHMIDT<br>145 LAUREL ST 9<br>SAN FRANCISCO, CA 94118 |
| CHRIS MCCORMICK<br>1810 ARAPAHOE ST.<br>GOLDEN, CO 80401 |
| BRIAN ELLERMAN<br>1901 N TUCSON BLVD.<br>TUCSON, AZ 85716 |
| NISHANT DOSHI<br>1168 CORRAL AVE<br>SUNNYVALE, CA 94086 |
| NAVNEET DALAL<br>61 FREDRICK AVE.<br>ATHERTON, CA 94027 |
| COLLEEN SKEE<br>30 FIELDWAY DR.<br>STUART, FL 34996 |
| RYAN GEORGE<br>11145 N. STARGAZER DRIVE<br>ORO VALLEY, AZ 85737 |
| ERICK MILLER<br>32 CAROL ROAD<br>WESTFIELD, NJ 07090 |
| BRANDON BECK<br>5042 WILSHIRE BLVD.,<br>32647<br>LOS ANGELES, CA 90036 |
| GARRY BRAV<br>700 EAST BROADWAY<br>SUITE 200<br>TUCSON, AZ 85719 |
| HSL PROPERTIES INC.<br>ATTN: HUMBERTO LOPEZ<br>3901 EAST BROADWAY BLVD<br>TUCSON, AZ 85711 |
| PAT HOGAN<br>7145 SOUTH POLO RIDGE DR.<br>LITTLETON, CO 80128 |
| SCOTT LEE<br>335 FAIRFAX AVE.<br>SAN MATEO, CA 94402 |
| MICHAEL & KATINA KOLLER<br>7225 NORTH VILLAGE AVENUE<br>TUCSON, AZ 85704 |
| ROBERT & JOANNE HUNGATE<br>5132 N. SOLEDAD PRIMERA<br>TUCSON, AZ 85718 |
| HARPREET LABANA<br>295 SAW MILL RIVER ROAD<br>MILLWOOD, NY 10546 |
| ERIC SCHILLER<br>32 CAROL ROAD<br>WESTFIELD, NJ 07090 |
| ROUBLE RANA<br>HOUSE 161 WESTWOOD GREEN, 55 JINFENG ROAD,<br>MINHANG, SHANGHAI 201107<br>CN |

| Name and address |
|---|
| KUNAL RAMBHIA<br>51 RODGERS DRIVE<br>NEW ROCHELLE, NY 10804 |
| MELISSA FITTERER<br>4850 E MELISSA ST<br>TUCSON, AZ 85711 |
| THE GEORGE WASHINGTON UNIVERSITY<br>2121 I ST NW<br>WASHINGTON, DC 20052 |
| JAMES RILEY<br>4330 W CAMINO PINTORESCO<br>TUCSON, AZ 85745 |
| COLIN CANTRELL<br>824 E 16TH ST.<br>TUCSON, AX 85719 |
| A-VSX-11-FUND, A SERIES OF ANGELLIST-DYTA-FUNDS, LLC<br>C/O ASSURE FUND MANAGEMENT, LLC<br>PO BOX 171305<br>SALT LAKE CITY, UT 84117 |
| MICHAEL CONOVER<br>1799 EAST 1780 NORTH<br>NORTH LOGAN, UT 84341 |
| PATRICK BARKER<br>1530 S CENTINELA AVE, APT 102<br>LOS ANGELES, CA 90025 |
| RICH & VICKI KEFFLER<br>3450 N. FLOWING WELLS, 118<br>TUCSON, AZ 85705 |
| FLOYD HOFFMAN<br>11745 E. CHARTER OAK DRIVE<br>SCOTTSDALE, AZ 85259 |
| SHAUN COLEMAN<br>463 YOSEMITE DRIVE<br>LIVERMORE, CA 94551 |
| SERGIO SANCHEZ<br>720 DAWN WAY<br>GILROY, CA 95010 |
| JORDAN FITTERER<br>4850 E. MELISSA ST.<br>TUCSON, AZ 85711 |
| HARSH JARIWALA<br>199 ACALANES DR. APT 14<br>SUNNYVALE, CA 94086 |
| YUVRAJ MEHTA<br>265 SOUTH BAY VIEW AVENUE<br>SUNNYVALE, CA 94086 |
| VIJAYA GADDE<br>350 GREENWICH STREET<br>SAN FRANCISCO, CA 94133 |
| MITCH PISIK<br>4901 N AVENIDA DE CASTILLA<br>TUCSON, AZ 85718 |
| WILLIAM R. ASSENMACHER<br>2275 E GANLEY RD<br>TUCSON, AZ 85706 |
| DOUGLAS FORD<br>108 WALNUT AVE<br>WAYNE,, PA 19087 |
| KUNAL JAIN<br>51 RODGERS DRIVE<br>NEW ROCHELLE, NY 10804 |
| DUNG NGUYEN<br>12051 HAGA STREET<br>GARDEN GROVE, CA 92841 |

| Name and address |
|---|
| ERIC KNADLER<br>10222 E GRAY HAWK DR.<br>TUCSON, AZ 85730 |
| KIEL HOGAN<br>7145 SOUTH POLO RIDGE DR.<br>LITTLETON, CO 80128 |
| EDWARD SALABOR AND ERIKA SALABOR<br>2884 TAHOE DRIVE<br>LIVERMORE, CA 94550 |
| BHAVESH PATEL<br>7432 RODNEY CT.<br>CINCINNATI, OH 45241 |
| DAVID FISHMAN<br>2818 W. SIMPLICITY DR.<br>TUCSON, AZ 85741 |
| KEN SUNSHINE<br>33 N. EL MOLINO AVE.<br>APT. 402<br>PASADENA, CA 91101 |
| MATTHEW STUART<br>9301 N. HAMPSHIRE DR.<br>TUCSON, AZ 85742 |
| MATTHEW CONOVER<br>420 WHISMAN COURT<br>MT. VIEW, CA 94043 |
| WESLEY SALANDRO<br>1782 N PLACITA TEJANO<br>TUCSON, AZ 85712 |
| SEQUOIA CAPITAL U.S.<br>VENTURE FUND XV, L.P., A<br>CAYMAN ISLANDS EXEMPTED LP<br>3000 SAND HILL ROAD 4-250<br>MENLO PARK, CA 94025 |
| SEQUOIA CAPITAL U.S.<br>VENTURE XV PRINCIPALS<br>FUND, L.P., A CAYMAN ISLANDS EXEMPTED LP<br>3000 SAND HILL ROAD 4-250<br>MENLO PARK, CA 94025 |
| SEQUOIA CAPITAL U.S.<br>VENTURE PARTNERS FUND XV,<br>L.P., A CAYMAN ISLANDS EXEMPTED LP<br>3000 SAND HILL ROAD 4-250<br>MENLO PARK, CA 94025 |
| SEQUOIA CAPITAL U.S.<br>VENTURE PARTNERS FUND XV<br>(Q), L.P., A CAYMAN ISLANDS EXEMPTED LP<br>3000 SAND HILL ROAD 4-250<br>MENLO PARK, CA 94025 |
| SHASTA VENTURES V, L.P.<br>2440 SAND HILL ROAD<br>SUITE 300<br>MENLO PARK, CA 94025 |
| LIGHTSPEED VENTURE<br>PARTNERS XI, L.P.<br>2200 SAND HILL ROAD<br>MENLO PARK, CA 94025 |
| 9931961 CANADA INC.<br>258 BEACON ROAD<br>KIRKLAND, QUEBEC<br>CANADA |
| AGM CONTAINER CONTROL, INC.<br>DEFINED BENEFIT PENSION PLAN<br>PO BOX 40020<br>TUCSON, AZ 85717 |
| ARCH PARTNERS LLC<br>P.O. BOX 31597<br>TUCSON, AZ 85751-1597 |

| Name and address |
|---|
| ARIZONA VECTOR INVESTORS LLC<br>ATTN: JAMES GOULKA<br>2824 N POWER RD.<br>STE 113-113<br>MESA, AZ  85215 |
| DAVINCI CAPITAL<br>FERROCARRIL DE CUERNAVACA<br>76, 10TH FLOOR, COL. LOMAS<br>DE CHAPULTEPEC MEXICO DF  CP<br>11000<br>MEXICO |
| DESERT SIDECAR VII, LLC<br>631 N. 5TH AVE.<br>TUCSON, AZ  85705-8421 |
| DIIXA PATEL<br>966 INDIAN WELLS AVE.<br>SUNNYVALE, CA  94085 |
| EINSTEIN-SIM, LLC<br>ATTN: STEVE SIM<br>5650 PASEO DEL FUENTE<br>TUCSON, AZ  85750 |
| GARRY BRAV 678 TRUST<br>700 EAST BROADWAY<br>SUITE 200<br>TUCSON, AZ  85719 |
| HOWARD N. STEWART<br>7014 N MISSION HILL LN<br>TUCSON, AZ  85719 |
| HYPERSPEED VENTURES LLC<br>310 WASHINGTON BLVD.<br>UNIT 601<br>MARINA DEL REY, CA  90292 |
| JOHN MICHAEL GARVEY<br>389 HAINES AVE.<br>LONG BEACH, CA  90814 |
| KANEMATSU CORPORATION<br>2-1, SHIBAURA 1-CHOME<br>TOKYO  105-8005<br>JP |
| KURRENT INVESTMENT LLC<br>2935 HUNTSFORD CIRCLE<br>HIGHLANDS RANCH, CO  80126 |
| MILA INTUITIVE OBJECTS<br>FUND, L.P. C/O MILA CAP ADVISORS, LLC<br>9340 OWENSMOUTH AVENUE<br>CHATSWORTH, CA  91311 |
| OAIMK, LLC<br>3573 E SUNRISE DR., SUITE 225<br>TUCSON, AZ  85718 |
| ROBERT & JOANNE HUNGATE<br>5132 N. SOLEDAD PRIMERA<br>TUCSON, AZ  85718 |
| ROBERT & MARGARET<br>COLEMAN<br>463 YOSEMITE DRIVE<br>LIVERMORE, CA  94551 |
| RYAN M. GEORGE & KIMBERLY M. EVANS<br>REVOCABLE TRUST 04212017<br>11145 N. STARGAZER  DRIVE<br>ORO VALLEY, AZ  85737 |
| SAV HOLDINGS XI, LLC<br>C/O CHAD ANDERSON<br>MANAGING MEMBER<br>222 BROADWAY, 19 FLOOR,<br>NEW YORK, NY  10038 |
| SBS VENTURES, LLC<br>P.O. BOX 31597<br>DAVID SMALLHOUSE<br>TUCSON, AZ  85751-1597 |

| Name and address |
|---|
| SEED ACCELERATOR FUND 2014 LLC<br>C/O ROBB KUNZ<br>150 SOUTH STATE STREET STE 203<br>SALT LAKE CITY, UT 84111 |
| SERGIO BLACUTT<br>5818 N VIA ANDADA<br>TUCSON, AZ 85750 |
| SINICORP LLC<br>84 WILLOW AVENUE<br>SUITE 6A<br>HOBOKEN, NJ 07030 |
| SRP GROUP LLC<br>ATTN: HARIT PATEL<br>966 INDIAN WELLS AVE.<br>SUNNYVALE, CA 94085 |
| THE ENTRUST GROUP FBO<br>CARMEN PALAFOX<br>7630013595<br>3605 HELMS AVE.<br>CULVER CITY, CA 90232 |
| THE LEE FAMILY TRUST U/A 5/21/2008<br>ATTN: SCOTT LEE<br>335 FAIRFAX AVE.<br>SAN MATEO, CA 94402 |
| TOM CHRISTIE<br>3284 N RAMBLING<br>CREEK PLACE<br>TUCSON, AZ 85712 |
| VOLANTIS, LLC<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA 94025 |
| GARRETT KATZENSTEIN<br>3338 KALLIN AVE<br>LONG BEACH, CA 90808 |
| DAVID COHEN<br>4958 E GARRISON CT<br>TUCSON, AZ 85712-6604 |
| MATTHEW CONOVER<br>420 WHISMAN COURT<br>MOUNTAIN VIEW, CA 94043 |
| MILA INTUITIVE OBJECTS FUND, L.P.<br>9340 OWENSMOUTH AVE<br>CHATSWORTH, CA 91311 |
| SEQUOIA CAPITAL U.S. VENTURE FUND XV,<br>L.P., A CAYMAN ISLANDS EXEMPTED LP<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA 94025 |
| SEQUOIA CAPITAL U.S. VENTURE PARTNERS<br>FUND XV, L.P., CYMN ISL EXEMPTD LP<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA 94025 |
| SEQUOIA CAPITAL U.S. VENTURE PARTNERS<br>FUND XV (Q), L.P., CAYMN ISL EXEMPTD LP<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA 94025 |
| TOM CHRISTIE<br>3284 N RAMBLING CREEK PLACE<br>TUCSON, AZ 85712 |
| OSAGE UNIVERSITY PARTNERS II, L.P.<br>50 MONUMENT ROAD, SUITE 201<br>BALA CYNWYD, PA 19004 |

| Debtor | Garvey Spacecraft Corporation | Case number (if known) | 19-12671 |
|---|---|---|---|
| | (Name) | | |

| Name and address |
|---|
| SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XV, L.P., CAYMAN ISL EXEMPTD LP<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA  94025 |
| SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XV (Q), L.P., A CAYMN ISLES LP<br>2800 SAND HILL ROAD<br>SUITE 101<br>MENLO PARK, CA  94025 |
| CLEAVE FAMILY REVOCABLE TRUST CLEAVE<br>1047 SAN CARLOS AVENUE<br>HALF MOON BAY, CA  94019 |
| DRAPER NEXUS TECHNOLOGY PARTNERS II, LP<br>55 EAST 3RD AVE<br>SAN MATEO, CA  94401 |
| DRAPER NEXUS TECHNOLOGY PARTNERS JAPAN II, LP<br>55 EAST 3RD AVENUE<br>SAN MATEO, CA  94401 |
| SAV HOLDINGS XXV LLC<br>C/O CHAD ANDERSON<br>MANAGING MEMBER<br>222 BROADWAY, 19 FLOOR<br>NEW YORK, NY  10038 |
| SAV HOLDINGS XXX LLC<br>C/O CHAD ANDERSON<br>MANAGING MEMBER<br>222 BROADWAY, 19 FLOOR<br>NEW YORK, NY  10038 |
| AS BRAHMS FUND LLC<br>6510 MILLROCK DRIVE<br>SALT LAKE CITY, UT  84117 |
| KNOLLWOOD INVESTMENT FUND LLC<br>217 INTERNATIONAL CIR.<br>HUNT VALLEY, MD  21030 |
| FLOYD G. HOFFMAN, LLC<br>11745 E. CHARTER OAK DRIVE<br>SCOTTSDALE, AZ  85259 |
| TUCSON EMBEDDED SYSTEMS, INC.<br>5620 N KOLB ROAD<br>SUITE 160<br>TUCSON, AZ  85750 |
| NUVIEW TRUST CO. FBO R. TONY PENN<br>330 S POPLAR AVE<br>SUITE 103-M<br>PIERRE, SD  57501 |
| NUVIEW TRUST CO. FBO LINDA F. PENN<br>330 S POPLAR AVE<br>SUITE 103-M<br>PIERRE, SD  57501 |
| AGM CONTAINER CONTROLS, INC.<br>DEFINED BENEFIT PENSION PLAN<br>PO BOX 40020<br>TUCSON, AZ  85717 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ None

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any Interest | % of interest, if any |
|---|---|---|---|
| JOHN GARVEY | 389 HAINES AVENUE<br>LONG BEACH, CA  90814 | INTERIM CEO | 0.0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SHAUN MARTIN | 265 FRANKIN STREET 10TH FLOOR BOSTON, MA 02110 | CRO | 0.0% |
| VECTOR LAUNCH INC. | 350 SOUTH TOOLE AVENUE TUCSON, AZ 85701 | PARENT / OWNER | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| JAMES CANTRELL | 11421 E. CALLE DEL VALLE TUCSON, AZ 85749 | CEO AND DIRECTOR | From 3/7/16  To 8/9/19 |
| SEAN TANNER | 3516 W BRIAR ROSE LANE TUCSON, AZ 85742 | CFO | From 1/8/2018  To 8/9/19 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ None

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ None

| Name of the parent corporation | Employer identification number of the parent corporation. |
|---|---|
| VECTOR LAUNCH INC. | 81-1784147 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ None

| Debtor | Garvey Spacecraft Corporation | Case number (if known) | 19-12671 |
|---|---|---|---|
| | (Name) | | |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/24/2020.

✗ _____     Shaun Martin
Signature of individual signing on behalf of the debtor     Printed Name

Chief Restructuring Officer
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes